Filed 11/8/23  P. v. Gomez CA5

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE, | F086142 |
| Plaintiff and Respondent, | (Super. Ct. No. PCF331316B) |
| v. | |
| ALFRED GOMEZ, | **OPINION** |
| Defendant and Appellant. | |

### THE COURT[*]

APPEAL from a judgment of the Superior Court of Tulare County.  Juliet L. Boccone, Judge.

Sylvia W. Beckham, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

In a previous appeal, this court vacated the gang-related crime enhancements on Alfred Gomez's convictions for murder and attempted murder.  (*People v. Reyes and*

---

[*] Before Poochigian, Acting P. J., Detjen, J. and Snauffer, J.

*Gomez* (Aug. 1, 2022, F080133 [nonpub. opn.] (*Gomez*).)  On remand, the prosecutor declined to retry those enhancements, and Gomez was resentenced to 57 years to life in prison.

Gomez filed an appeal, but his appointed counsel raised no argument, instead asking "this court [to] independently review the entire record …."  (See *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  Having done so, we affirm the judgment.

## BACKGROUND

As stated in *Gomez*, "This case involve[d] two victims.  One was killed, the other survived.  As the victims were walking down the side of a road, Gomez and [Isidro] Reyes pulled up behind them in a car.  Gomez exited, pointed a shotgun at one victim and pulled the trigger but nothing happened.  That victim ran away.  Gomez then shot and killed the other victim."  (*Gomez, supra,* F080133.)

For these actions, Gomez was convicted of murder and attempted murder.  Both convictions were enhanced by firearm findings.  The jury also found true the gang-related crime enhancements.  (*2, 5)  We vacated the gang enhancements, but otherwise affirmed and sent the case back to the trial court for further proceedings.  Ultimately, the gang-related crime enhancements were dismissed, and Gomez was sentenced to serve 57 years to life in prison.

## DISCUSSION

Gomez's appointed appellate counsel filed an opening brief summarizing the pertinent facts, raising no issues, and requesting this court to independently review the record.  (See *Wende, supra,* 25 Cal.3d at pp. 441-443.)  Counsel's brief also includes a declaration indicating Gomez was apprised of the opportunity to file his own brief with this court.

After counsel's brief was filed, we likewise invited Gomez to submit a brief.  To date, he has not done so.  Having examined the entire record, we find no arguable error that would result in a more favorable disposition to Gomez.

## **DISPOSITION**

The judgment is affirmed.